

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed on or After November 1, 1987) |
| **Francisco Rivera-Pelayo** | No. 08-16004-001M-SD |
| Citizen of Mexico | Matthew Johnson (AFPD) |
| | Attorney for Defendant |
| USM#: 75936-208    DOB: 1954 | ICE#:  A19 947 249 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/28/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FORTY-FIVE (45) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $Remitted        **FINE:**  $        **RESTITUTION:**  $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

*08-16004-001M-SD*  Page 2 of 2
*USA vs. Francisco Rivera-Pelayo*

Date of Imposition of Sentence: **Monday, July 28, 2008**

_____ Date 7/28/2008_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____    By:_____
United States Marshal                                Deputy Marshal
08-16004-001M-SD -

DATE: 7/28/2008            CASE NUMBER: 08-16004-001M-SD

## PLEA/SENTENCING MINUTES
USA vs. Francisco Rivera-Pelayo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____    INTERPRETER REQ'D   Ricardo Gonzalez
                                                 LANGUAGE: Spanish
Attorney for Defendant  Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 7/26/08           ☒ Complaint Filed            ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:    before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts TWO
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 45 DAYS  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED  ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Francisco RIVERA-Pelayo
Citizen of Mexico
YOB: 1954
019947249
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-16004M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about July 25, 2008, within the Southern District of California, Defendant Francisco RIVERA-Pelayo, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on May 19, 2008 (Felony).

COUNT II

That on or about July 25, 2008, within the Southern District of California, Defendant Francisco RIVERA-Pelayo, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Joseluis Reynoso
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 28, 2008    at    Yuma, Arizona
Date                     City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer    Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:              Francisco RIVERA-Pelayo

Dependents:             None

**IMMIGRATION HISTORY:**    The Defendant was previously convicted of illegal entry on May 19, 2008. The Defendant has been apprehended three times by the U.S. Border Patrol.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 05/19/08  Yuma, Arizona | 8 USC 1325 Illegal Entry | 20 Days Jail |
| 05/16/72  El Paso, Texas | 8 USC 1325 Illegal Entry | 5 months and 29 days |
| 01/08/81  Tucson, Arizona | Charge: Burglary | None listed |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was convicted for 8 USC 1325 Illegal entry on May, 19, 2008, and received a sentenced of (20) twenty days.

The Defendant last entered the United States illegally without inspection near Andrade, California on July 25, 2008.

Charges:    8 USC§1325              (Felony)
            8 USC§1325              (Misdemeanor)

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

__July 28, 2008__
Date                                _Signature of Judicial Officer_

## Probable Cause Statement

I, Senior Patrol Agent Joseluis Reynoso, declare under penalty of perjury, the following is true and correct:

### STATEMENT OF FACTUAL BASIS

| | |
|---|---|
| Defendant: | Francisco RIVERA-Pelayo |
| Dependents: | None |

**IMMIGRATION HISTORY:** The Defendant was previously convicted of illegal entry on May 19, 2008. The Defendant has been apprehended three times by the U.S Border Patrol.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 05/19/08 | Yuma, AZ | 8 USC 1325 Illegal Entry | 20 Days Jail |
| 05/16/72 | El Paso, TX | 8 USC 1325 Illegal Entry | 5 Months and 29 Days |
| 01/08/81 | Tucson, AZ | Burglary-F | None Listed |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on July 25, 2008.

Executed on July 27, 2008   Time: 8:03 AM

Signed: _____ Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on July 25, 2008 in violation of Title 8, United States Code, Section 1325.

Finding made on: Date   July 27, 2008   Time 10:55 am

Signed: _____ United States Magistrate Judge